# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DONALD HAWLEY**                                                         **PLAINTIFF**
**ADC #095009**

v.                        **CASE NO. 2:22-CV-00149-BSM**

**DOE**                                                                                **DEFENDANT**

## ORDER

Plaintiff Donald Hawley's motion to dismiss [Doc. No. 3] is granted. This case is dismissed without prejudice. Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED this 2nd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE